No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. [For earlier order herein, see, e. g., 521 U. S. 1149.]

No. 96–1470. QUALITY KING DISTRIBUTORS, INC. v. L'ANZA RESEARCH INTERNATIONAL, INC. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1250.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1581. SOUTH DAKOTA v. YANKTON SIOUX TRIBE ET AL. C. A. 8th Cir. [Certiorari granted, 520 U. S. 1263.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1337. COUNTY OF SACRAMENTO ET AL. v. LEWIS ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF LEWIS, DECEASED. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1250.] Motion of Grand Lodge of the Fraternal Order of Police for leave to file a brief as *amicus curiae* granted.

No. 96–1578. PHILLIPS ET AL. v. WASHINGTON LEGAL FOUNDATION ET AL. C. A. 5th Cir. [Certiorari granted, 521 U. S. 1117.] Motion of Massachusetts Bar Foundation for leave to file a brief as *amicus curiae* granted.

No. 97–53. ROBERTS, GUARDIAN FOR JOHNSON v. GALEN OF VIRGINIA, INC., FORMERLY DBA HUMANA HOSPITAL-UNIVERSITY OF LOUISVILLE, DBA UNIVERSITY OF LOUISVILLE HOSPITAL. C. A. 6th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–215. CALDERON, WARDEN v. THOMPSON. C. A. 9th Cir. [Certiorari granted, 521 U. S. 1136 and 1140.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 97–5868. IN RE FIGUEROA; and
No. 97–5966. IN RE DOYLE. Petitions for writs of habeas corpus denied.